# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **Danny Koch** ) | |
| 613 Monroe St., Apt. 9 ) | |
| Pacific, MO 63069, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:11-cv-01930-TIA |
| vs. ) | |
| ) | |
| **Miracle Financial, Inc.**, ) | |
| ) | |
| Defendant. ) | |

### Notice of Settlement

Plaintiff notifies the Court that the matter has been settled and requests the Court continue the case for thirty days for stipulation for dismissal to be filed.

Respectfully submitted,

/s/ Steven R. White
_____
Purschke, White, Robinson & Becker LLC
STEVEN R. WHITE #45595MO, MBE 45595
316 E. Locust
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (636) 583-4887
ATTORNEY FOR PLAINTIFF

1