# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

**Danny Koch** )
613 Monroe St., Apt. 9 )
Pacific, MO 63069, )
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)　Case No. 4:11-cv-01930-TIA
vs. )
　　　　　　　　　　　　　　　　　　)
**Miracle Financial, Inc.** )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant. )

### Notice of Dismissal

It is hereby stipulated by and between plaintiff, Danny Koch, and defendant, Miracle Financial, Inc., that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Steven R. White
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Purschke, White, Robinson & Becker LLC
　　　　　　　　　　　　　　　　　　STEVEN R. WHITE #45595MO, MBE 45595
　　　　　　　　　　　　　　　　　　316 E. Locust
　　　　　　　　　　　　　　　　　　Union, Missouri 63084
　　　　　　　　　　　　　　　　　　white@purschkewhite.com
　　　　　　　　　　　　　　　　　　(636) 583-5760  Fax: (636) 583-4887
　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF